IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**RODERICK KEITH GRAY**   **PLAINTIFF**

**V.**   **CASE NO. 3:11-CV-90**

**CITY OF BRUCE, MISSISSIPPI**   **DEFENDANTS**

## JUDGMENT

Pursuant to the memorandum opinion entered this day, the defendant's motion for summary judgment [51] is GRANTED. The case is dismissed.

SO ORDERED, this the 12th day of September, 2012.

**/s/ MICHAEL P. MILLS**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**