# United States District Court
## Northern District of Mississippi

# VERDICT

**RODERICK KEITH GRAY**                                          **PLAINTIFF**

**V.**                                                                                      **CASE NO. 3:11-CV-90**

**CITY OF BRUCE, MISSISSIPPI**                                  **DEFENDANT**

1. Has Mr. Gray proved by a preponderance of the evidence that race was a motivating factor that prompted the City to deny a promotion to the position of Public Works Director?

    Answer Yes or No: __Yes__

If your answer is "No," this ends your deliberations, and the foreperson should sign and date the verdict form. If your answer is "Yes," go to the next question.

2. Has the City of Bruce proved by a preponderance of the evidence that it would have denied Mr. Gray a promotion even if it had not taken plaintiff's race into account?

    Answer Yes or No: __No__

If your answer is "Yes," this ends your deliberations, and the foreperson should sign and date the verdict form. If your answer is "No," go to the next question.

3. What amount, if any, of actual damages do you award to Mr. Gray for the following?

    Lost Wages/Benefits: $ __18,000__

So Say We All.

_Jean F. Moore_
Foreperson's Signature

Date: __1-14-14__